UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| GENEVA L. CROSE,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Civil No. 3:18-CV-05723-BAT<br><br><br>ORDER |

Based on the stipulation of the parties (Dkt. 9), it is **ORDERED** that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act is **REVERSED and REMANDED** to the Commissioner of Social Security. On remand, the Appeals Council shall vacate the administrative law judge's August 2017 decision as moot. The Ninth Circuit recently remanded Plaintiff's earlier claim for a finding of disability. *Crose v. Comm'r of Soc. Sec.*, No. 16-35849, 737 Fed. Appx. 333 (9th Cir. Jun. 20, 2018). Plaintiff is currently in pay status on her claim and has already been paid benefits for the period at issue in this appeal. Thus, no further fact-finding is required regarding the relevant period. Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 29th day of January, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Page 1　　ORDER - [3:18-CV-05723-BAT]